**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Amitkumar Patel
Plaintiff,
v.
Alejandro Mayorkas, et al.
Defendant.

Case No.: 1:23−cv−14844
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 20, 2023:

MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time to answer [6] is granted, and no appearance on the motion is necessary. Defendants have until 2/20/24 to respond to the complaint and the government shall file a status report by 2/14/24. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.